CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKs

NOV 07 2014

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSE GABINO PEREZ,<br>  Petitioner, | Civil Action No. 7:14-cv-00509 |
| | MEMORANDUM OPINION |
| v. | |
| | By: Hon. Jackson L. Kiser |
| BUREAU OF PRISONS,<br>  Respondent. | Senior United States District Judge |

Jose Gabino Perez, a federal inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By an Order entered September 26, 2014, the court informed Petitioner that he is required to sign the petition under penalty of perjury and either pay the $5.00 filing fee or file a complete application to proceed in forma pauperis. The court granted him ten days to resolve the missing signature and outstanding filing fee and advised him that his failure to comply would result in dismissal of the petition.

Petitioner has not communicated with the court since the Order was entered on September 26, 2014. As the time permitted for compliance has expired, this action is dismissed without prejudice due to Petitioner's failure to comply with the court's order.

ENTER: This 7th day of November, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge