CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJLo

NOV 07 2014

JULIA C. DUDLEY, CLERK
BY: HMcDonoco
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **JOSE GABINO PEREZ,**<br>        Petitioner, | Civil Action No. 7:14-cv-00509 |
| **v.** | **ORDER** |
| **BUREAU OF PRISONS,**<br>        Respondent. | **By:    Hon. Jackson L. Kiser**<br>        **Senior United States District Judge** |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of

the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to

Petitioner.

ENTER: This _____7th_____ day of November, 2014.

_____
Senior United States District Judge